## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No.:

STEPHEN OBECK

     Plaintiff

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,
PHH MORTGAGE CORPORATION d/b/a
MORTGAGE SERVICE CENTER,

     Defendants,

_____/

## **COMPLAINT**

COMES NOW the Plaintiff, STEPHEN OBECK (hereafter referred to as the "Plaintiff") by counsel, and for his complaint against the Defendants, alleges as follows:

## **PRELIMINARY STATEMENT**

1. This is an action for actual, statutory and punitive damages, costs and attorney's fees brought pursuant to 15 U.S.C. § 1681 *et seq.* (Federal Fair Credit Reporting Act) as set our below.

## **JURISDICTION**

2. The jurisdiction of this Court is conferred by 15 U.S.C. § 1681.

3. The Plaintiff is a natural person and resident of the State of Florida. He is a "consumer" as defined by 15 U.S.C. § 1681a(c).

4. Upon information and belief, EXPERIAN INFORMATION SOLUTIONS, INC. ("EXPERIAN") is a corporation incorporated under the laws of the State of California who conducts business throughout the United States of America.

5.      Upon information and belief, EXPERIAN is a "consumer reporting agency," as defined in 15 U.S.C. § 1681(f). Upon information and belief, Experian is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 U.S.C. § 1681(d) to third parties.

6.      Upon information and belief, EXPERIAN disburses such consumer reports to third parties under contract for monetary compensation.

7.      Upon information and belief, PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER, is a nationwide financial institution headquartered at 2001 Bishops Gate Boulevard, Mount Laurel, N.J. 08054.

8.      Plaintiff sent a dispute letter to Defendant EXPERIAN in approximately June 2010 and again in approximately August 2013, advising that they were incorrectly reporting that a property Plaintiff previously owned is "open", that "foreclosure proceeding started" and that a foreclosure action was commenced in January 2011. (See "Exhibit A"). Plaintiff also made countless telephone calls to Defendant EXPERIAN with no success in resolving the underlying dispute.

9.      Plaintiff further took the additional step of notifying PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER that they were furnishing inaccurate information to Defendant EXPERIAN by letter dated September 24, 2013.

10.     The information referenced in Exhibit A is categorically false.

11.     Upon information and belief and therefore alleged, Defendant EXPERIAN in turn notified DEFENDANT PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER of Plaintiff's dispute. As of the filing of this Complaint, DEFENDANT PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER continues to furnish false and derogatory information regarding Plaintiff's account as referenced in Exhibit A.

12. Upon the Plaintiff's request for verification and deletion, and in accordance with its standard procedures, EXPERIAN did not evaluate or consider any of Plaintiff's information, claims or evidence and did not make any attempt to substantially or reasonably verify the furnishers representations.

13. The underlying property was never foreclosed on. Rather, the transaction involved a "deed in lieu", which occurred in 2009. It is unknown why both Defendants continue to act jointly and in concert and are erroneously reporting that Plaintiff was foreclosed upon in January 2011. This false information is currently acting as a bar to Plaintiff's ability to purchase a home.

## FIRST CLAIM FOR RELIEF AGAINST EXPERIAN

14. The Plaintiff re-alleges and incorporates paragraphs 1 through 13 above as if fully set out herein.

15. Experian violated 15 U.S.C. § 1681e(b) by failing to establish or to follow reasonable procedures to assure maximum possible accuracy in the preparation of the credit report and credit files it published and maintains concerning the Plaintiff.

16. As a result of this conduct, action and inaction of Experian, the Plaintiff suffered damage by loss of credit, loss of the ability to purchase and benefit from a credit, the mental and emotional pain and anguish and the humiliation and embarrassment of credit denials.

17. Experian's conduct, action and inaction was willful, rendering it liable for punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent, entitling the Plaintiff to recover under 15 U.S.C. 1681o.

18. The Plaintiff is entitled to recover costs and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or § 1681o.

## SECOND CLAIM FOR RELIEF AGAINST EXPERIAN

19. Plaintiff re-alleges and incorporates paragraphs 1 through 18 above as if fully set out herein.

20. Experian violated 15 U.S.C. § 1681i on multiple occasions by failing to delete inaccurate information in the Plaintiff's credit file after receiving actual notice of such inaccuracies; by failing to conduct a lawful reinvestigation; by failing to forward all relevant information to furnishers; by failing to maintain reasonable procedures with which to filter and verify disputed information in the Plaintiff's credit file; and by relying upon verification from a source it has reason to know is unreliable.

21. As a result of this conduct, action and inaction of Experian, the Plaintiff suffered damage by loss of credit; loss of the ability to purchase and benefit from credit; and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denials.

22. Experian's conduct, action and inaction was willful, rendering it liable for actual or statutory damages, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. § 1681o.

23. The Plaintiff is entitled to recover costs and attorney's fees from Experian in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and/or 1681o.

U.S.C. § 1681n and/or 1681o.

## FIRST CLAIM FOR RELIEF AGAINST PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER

24. Plaintiff re-alleges and incorporates paragraphs 1 through 23 above as if fully set out herein.

25.     PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER, violated the Fair Credit Reporting Act, 15 U.S.C. § 1681s-2(b) by failing to fully and properly investigate the Plaintiff's dispute of the erroneous credit representation; by failing to review all relevant information regarding same; by failing to accurately respond to Experian; by failing to correctly report results of an accurate investigation to every other credit reporting agency; and by failing to permanently and lawfully correct its own internal records to prevent the re-reporting of the credit. representations to the consumer reporting agencies.

26.     As a result of this conduct, action and inaction of PHH, the Plaintiff suffered damage by loss of credit; loss of the ability to purchase and benefit from credit; and the mental and emotional pain, anguish, humiliation, and embarrassment of credit denials.

27      PHH'S conduct, action and inaction was willful, rendering it liable for actual or statutory, and punitive damages in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n. In the alternative, it was negligent entitling the Plaintiff to recover actual damages under 15 U.S.C. 1681o.

28.     The Plaintiff is entitled to recover costs and attorney's fees from PHH. in an amount to be determined by the Court pursuant to 15 U.S.C. § 1681n and § 1681o.

**TRIAL BY JURY IS DEMANDED**.

Dated: October 14, 2013                          Respectfully Submitted,

                                                 s/ J. Dennis Card Jr.
                                                 J. Dennis Card, Jr., Esq.
                                                 Florida Bar No.: 0487473
                                                 Email: Dcard@Consumerlaworg.com
                                                 Consumer Law Organization, P.A.
                                                 2501 Hollywood Boulevard, Suite 100
                                                 Hollywood, FL  33020

Telephone: (954) 921-9994
Facsimile: (305) 574-0132
Attorney for Plaintiff

## Credit Cards, Loans & Other Debt

Here you will find specific information on each account you opened, including current status and any past due information. Positive credit information remains on your report indefinitely. Creditor contact information has been provided in order to make it easier for you to resolve any issues.

---

**MORTGAGE SERVICE CENTE**     *Experian*     *Equifax*     *TransUnion*

🚫 Potentially Negative

800-449-8767

2001 BISHOPS GATE BLVD
MOUNT LAUREL, NJ 08054

| Field | Value |
|---|---|
| Account Name | MORTGAGE SERVICE CENTE |
| Account # | 954001853XXXX |
| Account Type | VA Real Estate Loan |
| Balance | $0.00 |
| Past Due | $0.00 |
| Date Opened | 5/1/2002 |
| Account Status | Open |
| Mo. Payment | $962.00 |
| Payment Status | Foreclosure proceeding started |
| High Balance | |
| Limit | |
| Terms | 30 Months |
| Comments | |

**What's missing from this picture?**
See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.
**Log in Now!** www.FreeCreditReport.com

**24/Mo Payment History**

|  | 2009 | | | | | | | | | | | 2010 | | | | | | | | | | | | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN |
| Experian | 90 | 120 | 120 | RF | RF | RF | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | RF |

---

**US DEPT OF EDUCATION**     *Experian*     *Equifax*     *TransUnion*

❓ Unknown

800-848-0979

PO BOX 5609
GREENVILLE, TX 75403

| Field | Value |
|---|---|
| Account Name | US DEPT OF EDUCATION |
| Account # | 70000208689XXXX |
| Account Type | Education Loan |
| Balance | |
| Past Due | |
| Date Opened | 2/1/2002 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Account transferred to another office |
| High Balance | |
| Limit | |
| Terms | 180 Months |
| Comments | |

**What's missing from this picture?**
See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price.
**Log in Now!** www.FreeCreditReport.com

**24/Mo Payment History**

|  | 2010 | | 2011 | | | | | | | | | | 2012 | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT |
| Experian | | | | | | | | | | | | OK | OK | OK | OK | ND | ND | OK | OK | OK | OK | OK | OK | OK |

EXHIBIT A