UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:13-CV-62240-WPD

STEPHEN OBECK,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and PHH MORTGAGE CORPORATION,

    Defendants.
_____/

## DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO COMPLAINT AFTER TIME REQUIRED BY ORDER

Defendant, PHH MORTGAGE CORPORATION ("PHH"), by and through the undersigned counsel, and pursuant to Rule 6(b)(1), Federal Rules of Civil Procedure, files this Motion for Leave to File a Response to Plaintiff's Complaint on a date after what was required by this Court, December 7, 2013, and in support thereof states as follows:

1. On November 5, 2013, the Defendant PHH filed a Motion for Extension of Time to File Response to Complaint.

2. On November 6, 2013, this Court granted said Motion and allowed Defendant until December 7, 2013 to file a response to the Complaint.

3. Through a clerical error, the undersigned was not aware of the December 7, 2013 due date and as such, did not calendar the due date and file a timely response to the Complaint.

4. As such, Defendant, PHH, respectfully requests this Court allow the Defendant to file a Response to the Complaint and not enter a default against the Defendant, PHH.

1043943.1

## MEMORANDUM OF LAW

Rule 6(b), Federal Rules of Civil Procedure, allows the Court to grant an extension of time upon a showing of good cause. The Court should find good cause to allow Defendant to file a Response to Plaintiff's Complaint following the date provided in this Court's Order as the undersigned, through a clerical error, failed to calendar the December 7, 2013 due date. Defendant, PHH is currently in the process of drafting and filing its response to the Complaint.

**WHEREFORE**, Defendant PHH MORTGAGE CORPORATION respectfully requests this Court enter an Order allowing PHH to file a response to the Plaintiff's Complaint after the December 7, 2013 due date and award any other such relief this Court deems just and proper.

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

In accordance with Local Rule 7.1(a)(3), the undersigned counsel has conferred with counsel for Plaintiff with respect to the requested remedy, and counsel for Plaintiff has agreed to withdraw his Motion for Default as Defendant PHH is currently in the process of drafting and filing its response to the Complaint.

THIS, the 10th day of December, 2013.

Respectfully submitted,

/s/ Karin L. Posser
Karin L. Posser, Esq.
Florida Bar # 747041
McGLINCHEY STAFFORD, PLLC
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (telephone)
(904) 212-1491 (facsimile)
kposser@mcglinchey.com
kmoss@mcglinchey.com
**Attorneys for Defendant, PHH**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

**J. Dennis Card, Jr., Esq.**
Consumer Law Organization, P.A.
2501 Hollywood Blvd., Suite 100
Hollywood, FL 33020
Email: dcard@consumerlaworg.com
*Counsel for Plaintiff, Stephen Obeck*

**Maria H. Ruiz, Esq.**
Kasowitz Benson Torres & Friedman, LLP
The Four Seasons Tower
1441 Brickell Ave., Suite 1420
Miami, FL 33131
Email: mruiz@kasowitz.com
*Counsel for Defendant, Experian*

/s/ **Karin L. Posser**
Attorney