UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:13-CV-62240-WPD

STEPHEN OBECK,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC. and PHH MORTGAGE CORPORATION,

    Defendants.

_____/

## DEFENDANT PHH'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S COMPLAINT

Defendant, PHH MORTGAGE CORPORATION ("PHH"), by and through the undersigned counsel, files its Answer and Affirmative Defenses to Plaintiff, STEPHEN OBECK'S (hereinafter "OBECK" and/or "Plaintiff") Complaint and states as follows:

### PRELIMINARY STATEMENT

1. In response to paragraph 1 of the Complaint, PHH admits that Plaintiff has asserted that he brings this lawsuit pursuant to the Fair Credit Reporting Act ("FCRA"). PHH states that this is a legal conclusion which is not subject to denial or admission.

### JURISDICTION

2. In response to paragraph 2 of the Complaint, PHH admits that Plaintiff has asserted that this Court has jurisdiction over this lawsuit pursuant to 15 U.S.C. § 1681. PHH states that this is a legal conclusion which is not subject to denial or admission.

3. In response to paragraph 3 of the Complaint, PHH is without knowledge as to whether Plaintiff is a resident of Florida and as such denies said allegation and demands strict

1043943.1

proof thereof. On information and belief, PHH admits that Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) and 15 U.S.C. § 1692(a)(3).

4. In response to paragraph 4 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

5. In response to paragraph 5 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

6. In response to paragraph 6 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof..

7. PHH admits the allegations in paragraph 7 of the Complaint.

8. In response to paragraph 8 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

9. In response to paragraph 9 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

10. PHH denies the allegations contained in paragraph 10 of the Complaint.

11. In response to paragraph 11 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

12. In response to paragraph 12 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

13. In response to paragraph 9 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

### FIRST CLAIM FOR RELIEF AGAINST EXPERIAN

14. In response to paragraph 14 of the Complaint, PHH incorporates by reference its responses to paragraphs 1 through 13.

15. In response to paragraph 15 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

16. In response to paragraph 16 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

17. In response to paragraph 17 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

18. In response to paragraph 18 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

### SECOND CLAIM FOR RELIEF AGAINST EXPERIAN

19. In response to paragraph 19 of the Complaint, PHH incorporates by reference its responses to paragraphs 1 through 19.

20. In response to paragraph 20 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

21. In response to paragraph 21 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

22. In response to paragraph 22 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

23. In response to paragraph 23 of the Complaint, PHH is without knowledge or information sufficient to form a belief as to the truth of the allegations contained therein and, on that basis, denies, generally and specifically and demands strict proof thereof.

## FIRST CLAIM FOR RELIEF AGAINST PHH MORTGAGE CORPORATION d/b/a MORTGAGE SERVICE CENTER

24. In response to paragraph 24 of the Complaint, PHH incorporates by reference its responses to paragraphs 1 through 23.

25. PHH denies, generally and specifically, each and every allegation contained in paragraph 25 of the Complaint.

26. PHH denies, generally and specifically, each and every allegation contained in paragraph 26 of the Complaint.

27. PHH denies, generally and specifically, each and every allegation contained in paragraph 27 of the Complaint.

28. PHH denies, generally and specifically, each and every allegation contained in paragraph 28 of the Complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

PHH is informed and believes and thereon alleges that any purported damages allegedly suffered by Plaintiff are the results of the acts or omissions of third persons over whom PHH had neither control nor responsibility.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigation his damages.

### THIRD AFFIRMATIVE DEFENSE

The Complaint and each claim for relief therein is barred by laches.

### FOURTH AFFIRMATIVE DEFENSE

PHH is informed and believes and thereon alleges that any alleged damages sustained by Plaintiff were, at least in part, caused by the actions of Plaintiff himself and resulted from Plaintiff's own negligence, which equaled or exceeded any alleged negligence or wrongdoing by PHH.

### FIFTH AFFIRMATIVE DEFENSE

Any recovery by Plaintiff is barred, in whole or in part, under the principles of set-off and recoupment for damages or settlement amounts recovered from others.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's alleged damages were not caused by PHH, but by an independent intervening cause.

### SEVENTH AFFIRMATIVE DEFENSE

Plaintiff did not act with malice or willful intent toward Plaintiff but rather acted in good faith at all times in its dealings with him.

1043943.1

## EIGHTH AFFIRMATIVE DEFENSE

In the event that a settlement is reached between Plaintiff and any other party, PHH is entitled to any settlement credits permitted by law.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff's claims for punitive damages violate the Fourteenth Amendment, the excessive fines claims of the Eighth Amendment and the Due Process Clause of the United States Constitution, and violate the Constitution and laws of Florida.

## TENTH AFFIRMATIVE DEFENSE

PHH reserves the right to assert additional affirmative defenses as such time and to such extent as warranted by discovery and the factual developments in this case.

WHEREFORE, Defendant, PHH MORTGAGE CORPORATION, prays as follows:

(1) That Plaintiff take nothing by virtue of the Complaint herein and that this action be dismissed in its entirety;

(2) For PHH's costs of suit and attorneys' fees herein incurred; and

(3) For such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/s/ Karin L. Posser
Karin L. Posser, Esq.
Florida Bar # 747041
McGLINCHEY STAFFORD, PLLC
10407 Centurion Parkway N., Suite 200
Jacksonville, FL 32256
(904) 224-4449 (telephone)
(904) 212-1491 (facsimile)
kposser@mcglinchey.com
kmoss@mcglinchey.com
**Attorneys for Defendant, PHH**

1043943.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of December, 2013, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

**J. Dennis Card, Jr., Esq.**
Consumer Law Organization, P.A.
2501 Hollywood Blvd., Suite 100
Hollywood, FL 33020
Email: dcard@consumerlaworg.com
*Counsel for Plaintiff, Stephen Obeck*

**Maria H. Ruiz, Esq.**
Kasowitz Benson Torres & Friedman, LLP
The Four Seasons Tower
1441 Brickell Ave., Suite 1420
Miami, FL 33131
Email: mruiz@kasowitz.com
*Counsel for Defendant, Experian*

                                                    /s/ Karin L. Posser
                                                         Attorney